FILED
APR 29 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | 05 CR 400 |
|---|---|---|
| v. | ) | No. _____ |
| | ) | Violation: Title 21, United States |
| MICHAEL NELSON | ) | Code, Section 843(b) |
| | ) | |

05CR 400

COUNT ONE

JUDGE CASTILLO
MAGISTRATE JUDGE NOLAN

The UNITED STATES ATTORNEY charges:

On or about June 12, 2004, at approximately 10:34 a.m., at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

MICHAEL NELSON,

defendant herein, knowingly and intentionally did use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Sections 841(a)(1) and 846, namely, possession with intent to distribute mixtures containing cocaine and cocaine base, distribution of mixtures containing cocaine and cocaine base, and conspiracy to distribute and to possess with intent to distribute mixtures containing cocaine and cocaine base;

In violation of Title 21, United States Code, Section 843(b).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about June 12, 2004, at approximately 12:40 p.m., at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

MICHAEL NELSON,

defendant herein, knowingly and intentionally did use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Sections 841(a)(1) and 846, namely, possession with intent to distribute mixtures containing cocaine and cocaine base, distribution of mixtures containing cocaine and cocaine base, and conspiracy to distribute and to possess with intent to distribute mixtures containing cocaine and cocaine base;

In violation of Title 21, United States Code, Section 843(b).

_____
UNITED STATES ATTORNEY